UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ASA TYRELL HAMILTON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 05-349-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SUZANNE HASTINGS, Warden, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is currently pending for consideration of a letter [Record No. 9] filed by Petitioner Asa Tyrell Hamilton, who is currently incarcerated in the United States Penitentiary Big Sandy ("USP-Big Sandy") in Inez, Kentucky. Broadly construed, the letter is a motion seeking an order granting an extension of time in which to file a civil tort claim under the Federal Tort Claims Act ("FTCA"), Title 28 U.S.C. §§1346(b), 2671-2680.[1]

On March 2, 2007, the Petitioner submitted a letter to the Clerk of the Court in which he inquired about the status of his "tort" claim. [Record No. 7] The Clerk responded by letter dated March 6, 2007, stating that the office had no record of a "tort' claim being filed on the Petitioner's behalf, only the §2241 petition which was dismissed on November 21, 2005. [*See* Clerk's Reply letter, Record No. 8]

---

[1] Hamilton filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 on October 31, 2005. [Record No. 1] After screening the case, the Court entered a Memorandum Opinion and Order and Judgment on November 21, 2005, dismissing the §2241 petition with prejudice. [Record Nos. 5 and 6]

The Petitioner has now submitted a subsequent letter to the Court [Record No. 9] in which he explains that he has a tort claim, pertaining to stolen property, under the FTCA. The Petitioner states that he has submitted his FTCA claim to the Bureau of Prisons and that the BOP has denied his claim. The Petitioner does not state when that denial was issued, but he asks if the Court will allow him to put his tort case "on hold" until he is transferred.

## DISCUSSION

As an initial matter, the Petitioner is advised that an FTCA claim must be filed as a *separate* civil action. He may not assert his FTCA claims as a part of a dismissed §2241 proceeding. The filing fee for FTCA civil claims is $350.00, although the Petitioner may ask the Court to allow him to proceed as a pauper. If the Petitioner meets the criteria for *in forma pauperis* status, he would have to pay the $350.00 filing fee, but he would not have to pay it in full in advance.

In addition, the Petitioner should note that there are statutes of limitations which control FTCA claims and he must consider those time limitations in deciding when he files his FTCA claim. "A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency **within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented**. 28 U.S.C.A. §2401(b) (emphasis added).

## CONCLUSION

It is hereby **ORDERED** that the Petitioner's letter [Record No. 9], construed as a motion

-2-

seeking an order granting an extension of time in which to file a civil tort claim under the FTCA [Record No. 9], is **DENIED**.

This 14th day of March, 2007.

Signed By:
*Danny C. Reeves* DCR
United States District Judge